

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00189-CV

---

IN RE ROBERT ALLEN BYRD                                     RELATOR

----------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. CR10674

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. *See In re Ocon*, No. 11-18-00007-CR, 2018 WL 576083, at *1 (Tex. App.—Eastland Jan. 19, 2018, orig. proceeding) (mem. op.). Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: PITTMAN, KERR, and BIRDWELL, JJ.

DELIVERED: June 7, 2018

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).